# In the United States Court of Federal Claims

No. 20-280C
(Filed: May 7, 2020)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COREY LAMAR SMITH, *et al.*,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The clerk's office received a document entitled "Plaintiffs' FTCA Group Submission," containing sufficient indicia to docket as a complaint, which it did on March 9, 2020. The complaint was submitted in paper form, not via the court's online filing system. It was thus docketed as a *pro se* action. An attorney for listed plaintiffs, Mr. Banjamin Pavone, has since contacted chambers and the clerk's office to indicate that, despite having sent these documents, and others, to the court, neither he nor his clients intended to file a complaint. The clerk's office has since received a notice of voluntary dismissal from Mr. Pavone. This document was not docketed by the clerk's office because the case is marked as a *pro se* case. Accordingly, the following is ordered:

1. The clerk's office is directed to docket the notice of voluntary dismissal received on May 4, 2020.

2. The clerk's office is further directed to dismiss the complaint pursuant to RCFC 41(a)(1)(A) and to enter judgment accordingly.

3. Mr. Pavone is instructed not to send further correspondence to the court that is unrelated to a pending matter before the court.

                s/ Eric G. Bruggink
                ERIC G. BRUIGGINK
                Senior Judge